**IN THE COURT OF APPEALS OF IOWA**

No. 17-0042
Filed March 8, 2017

**IN THE INTEREST OF K.P.,**
**Minor child,**

**S.P., Mother,**
　　Appellant.
_____

　　Appeal from the Iowa District Court for Scott County, Christine Dalton Ploof, District Associate Judge.

　　A mother appeals the termination of her parental rights to her child. **AFFIRMED.**

　　Rebecca G. Ruggero, Davenport, for appellant mother.

　　Thomas J. Miller, Attorney General, and Gretchen W. Kraemer, Assistant Attorney General, for appellee State.

　　Jean Capdevila, Davenport, guardian ad litem for minor child.

　　Considered by Danilson, C.J., and Vogel and Vaitheswaran, JJ.

**VAITHESWARAN, Judge.**

A mother appeals the termination of her parental rights to her child, born in 2016. She contends the district court (A) should have funded a mental health evaluation and (B) should not have found aggravated circumstances warranting a waiver of the department of human services' obligation to make reasonable efforts toward reunification.

Both issues were decided following a dispositional hearing that preceded the termination hearing and were confirmed following a permanency hearing. The mother failed to have the record of the dispositional and permanency hearings transcribed. In the absence of those records, we have nothing to review. *See* Iowa R. Civ. P. 6.803(1) ("If the appellant intends to urge on appeal that a finding or conclusion is unsupported by the evidence or is contrary to the evidence, the appellant shall include in the record a transcript of all evidence relevant to such finding or conclusion."); *In re I.M.*, No. 13-0821, 2014 WL 4225169, at *2 (Iowa Ct. App. Aug. 27, 2014) ("[A]s we have not been provided the transcripts of the entire disposition hearing, we are unable to review the proceedings for the alleged errors."). Accordingly, we affirm the order terminating the mother's parental rights to her child.

**AFFIRMED.**